# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Martin Broussard
PPCC, Bayou B, 214-L DOC No. 114817
P. O. Box 650
Pine Prarie LA 70576

**REHEARING ACTION: November 14, 2012**

**Docket Number: 11   01397-KH**

**STATE OF LOUISIANA
VERSUS
MARTIN BROUSSARD**

**Writ Application from Calcasieu Parish Case No. 5994-07**

**BEFORE JUDGES:**

> **Hon. Marc T. Amy**
> **Hon. James T. Genovese**
> **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Martin Broussard** has this day been

> **DENIED.**

cc: John Foster DeRosier, Counsel for  the Respondent